2014-1672

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

ABBVIE INC., ABBVIE BIOTECHNOLOGY LIMITED,

         Plaintiffs-Appellees,

v.

THE KENNEDY TRUST FOR RHEUMATOLOGY RESEARCH,

         Defendant-Appellant.

_____

Appeal from the United States District Court for the Southern District of New York in Case No. 13-CV-01358, Judge Paul A. Crotty.

_____

## UNOPPOSED MOTION FOR 30-DAY EXTENSION
## OF TIME TO FILE PRINCIPAL BRIEF

_____

| | |
|---|---|
| Mark A. Perry | John P. White |
| Megan K. Fluckiger |  *Principal Attorney* |
| Gibson, Dunn & Crutcher LLP | Norman H. Zivin |
| 1050 Connecticut Avenue, N.W. | Robert T. Maldonado |
| Washington, D.C. 20036 | Cooper & Dunham LLP |
| (202) 955-8500 | 30 Rockefeller Plaza, 20th Floor |
| | New York, NY 10112 |
| Wayne Barsky | (212) 278-0400 |
| Timothy P. Best | |
| Gibson, Dunn & Crutcher LLP | |
| 2029 Century Park East | |
| Los Angeles, CA 90067 | |
| (310) 552-8500 | |

*Counsel for Defendant-Appellant The Kennedy Trust*
*for Rheumatology Research*

**REQUESTED RELIEF**

Defendant-Appellant The Kennedy Trust for Rheumatology Research ("Kennedy") respectfully moves under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for a 30-day extension of time within which to file its principal brief, from September 29, 2014, to October 29, 2014.  Because this motion requests an extension of more than 14 days, it is accompanied by a declaration of Kennedy's counsel, Mark A. Perry, under penalty of perjury as required by subsection (5) of Federal Circuit Rule 26(b).  This is Kennedy's first request for an extension of the deadline for filing its principal brief.

**GROUNDS FOR UNOPPOSED MOTION**

Kennedy requests a 30-day extension of time within which to file its principal brief because the brief will require multiple levels of analysis and review by counsel at multiple firms.  Moreover, several attorneys involved in the drafting of its principal brief are heavily involved in other district court litigations and appellate matters at present.

**STATEMENT OF CONSENT**

Counsel for Plaintiffs-Appellees have indicated that they have no objection to the relief sought by this motion and will not file a response in opposition.

## CONCLUSION

For good cause shown, Kennedy respectfully requests a 30-day extension of time, up to and including October 29, 2014, within which to file its principal brief in this appeal.

Dated: September 4, 2014

                                            Respectfully submitted,

                                            */s/ Mark A. Perry*
                                            Mark A. Perry
                                            Gibson, Dunn & Crutcher LLP
                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            Telephone:  (202) 955-8500
                                            Facsimile:  (202) 467-0539
                                            MPerry@gibsondunn.com

                                            *Defendant-Appellant The Kennedy Trust for Rheumatology Research*

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant The Kennedy Trust for Rheumatology Research certifies the following:

1. The full name of every party or amicus represented by me is:

    The Kennedy Trust for Rheumatology Research

2. The foregoing party listed above is the real party in interest represented by me.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by me in the trial court or agency or are expected to appear in this court are:

| **Gibson Dunn & Crutcher LLP** | **Cooper & Dunham LLP** |
|---|---|
| Mark A. Perry | John P. White |
| Wayne Barsky | Norman H. Zivin |
| Timothy P. Best | Robert T. Maldonado |
| Megan K. Fluckiger | |

| September 4, 2014 | */s/ Mark A. Perry* |
|---|---|
| Date | Mark A. Perry |
| | Gibson, Dunn & Crutcher LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036 |
| | Telephone: (202) 955-8500 |
| | Facsimile: (202) 467-0539 |
| | MPerry@gibsondunn.com |

## SUPPORTING DECLARATION OF MARK A. PERRY

1.     I am an attorney duly admitted to practice law in the State of California and the District of Columbia, and before this Court.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel for defendant-appellant Kennedy in these appeals.

2.     I have knowledge of the facts set for the below and, if called as a witness, could and would testify to them.

3.     I make this declaration as required by Federal Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days.

4.     The appeal (No. 14-1672) was docketed in this Court on July 31, 2014, and the principal brief is currently due on September 29, 2014.

5.     The additional 30 days requested are warranted to allow counsel for Kennedy sufficient time to prepare and file a principal brief adequately addressing the many factual and legal issues raised by the district court's Order and its underlying Findings.  In addition to the extensive briefing required by the appeal and the expansive record below, which alone provide good cause for an extension, the commitments of lead counsel during this period provide additional reason to grant an extension.

6.     In addition to the briefing in this appeal, I am principally responsible for the following matters:

- Reply in Support of Motion to Dismiss, *Cottrell v. Duke*, No. 4:12-cv-04041 (W.D. Ark. Sept. 8, 2014)

- Post-Trial Brief, *Amphastar Pharmaceuticals, Inc. v. Aventis Pharma S.A.*, No. 5:09-cv-00023 (C.D. Cal. Sept. 10, 2014)

- Brief for Appellees, *Cohen v. UBS Financial Services, Inc.*, No. 14-781 (2d Cir. Sept. 24, 2014)

- Oral Argument, *Public Employees' Retirement System of Mississippi v. IndyMac MBS, Inc.*, No. 13-640 (U.S. Supreme Court Oct. 6, 2014);

- Oral Argument on Post-Trial Briefing, *Amphastar Pharmaceuticals, Inc. v. Aventis Pharma S.A.*, No. 5:09-cv-00023 (C.D. Cal. Oct. 10, 2014)

- Brief for Appellees, *ESG Capital Partners, LP v. Stratos*, No. 13-56684 (9th Cir. Oct. 14, 2014)

- Brief for Respondent, *Young v. United Parcel Service, Inc.*, No. 12-1226 (U.S. Supreme Court Oct. 24, 2014);

- Brief for Intervenor, *Northeast Neighbors for Responsible Growth, Inc. v. D.C. Board of Zoning Adjustment*, No. 12-AA-334 (D.C. Court of Appeals Oct. 27, 2014)

7. Kennedy has not previously sought any extensions of the deadline for case number 14-1672.

8. Kennedy raised the issue of the requested extension with Mike Morin of Finnegan Henderson, counsel for AbbVie, and Mr. Morin, after consulting with his client, has indicated that AbbVie has no objection to the requested extension of the deadline and would not oppose this motion.

9. Kennedy's counsel has at all times exercised diligence in providing timely and professional briefing to the district court and we intend to do the same in this Court. The requested extension will enable us to adequately brief the important issues presented by the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on September 4, 2014.

>  */s/ Mark A. Perry*
> Mark A. Perry
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone: (202) 955-8500
> Facsimile: (202) 467-0539
> MPerry@gibsondunn.com

## CERTIFICATE OF SERVICE

I, Mark A. Perry, hereby certify that that I caused the foregoing Unopposed Motion for 30-Day Extension of Time to File Principal Brief to be filed via the Court's CM/ECF system and served on counsel of record who have registered for such service on September 4, 2014.

September 4, 2014          */s/ Mark A. Perry*
                           Mark A. Perry
                           Gibson, Dunn & Crutcher LLP
                           1050 Connecticut Avenue, N.W.
                           Washington, D.C. 20036
                           Telephone: (202) 955-8500
                           Facsimile: (202) 467-0539
                           MPerry@gibsondunn.com