NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ABBVIE INC., ABBVIE BIOTECHNOLOGY LIMITED,**

*Plaintiffs - Appellees*

v.

**THE KENNEDY TRUST RHEUMATOLOGY RESEARCH,**

*Defendant - Appellant*

_____

14-1672

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-01358-PAC United States District Judge Paul A. Crotty

_____

ON MOTION

_____

## O R D E R

Upon consideration of the Appellant, The Kennedy Trust Rheumatology Research's unopposed motion to extend time to file appellant principal brief until October 29, 2014,

IT IS ORDERED THAT:

The motion is granted.

ABBVIE INC. v. THE KENNEDY TRUST

FOR THE COURT

September 5, 2014                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court